# United States Court of Appeals for the Federal Circuit

---

**FRANK LIMON,**

*Claimant-Appellant*

**v.**

**DOUGLAS A. COLLINS, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee*

---

2025-1107

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 23-1568, Judge Scott Laurer.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**DISMISSED**

FOR THE COURT

July 10, 2026
Date

Jarrett B. Perlow
Clerk of Court